JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TAM H. NGUYEN,<br><br>         Petitioner,<br><br>         v.<br><br>THERESA CISNEROS, Acting Warden,<br><br>         Respondent. | Case No. SACV 17-1863-FMO (JPR)<br><br>**J U D G M E N T** |

    Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

    IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: July 14, 2021                               /s/
                                                  FERNANDO M. OLGUIN
                                                U.S. DISTRICT JUDGE